Submitted on appellant's brief September 26, reversed
December 15, 1972, petition for rehearing denied
January 31, petition for review denied April 24, 1973

BENNET, *Appellant, v.* LINCOLN CITY,
*Respondent,* JACK A. SWALKO and
DON IVERSON, *Intervenors.*

503 P2d 724

James H. Lewelling, Newport, for appellant.

No appearance for respondent.

No appearance for intervenors.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

REVERSED. *Erickson v. City of Portland,* 9 Or App 256, 496 P2d 726 (1972).